478 A.2d 84

Home for Crippled Children, Appellant (at No. 1457) v.
Erie Insurance, Appellant (at No. 1390).
Petition for Allowance of Appeal
Denied Oct. 30, 1984.

Argued January 25, 1984.
H.N. Rosenberg and S. Asher Winikoff, for appellant (at 1390) and for appellee (at 1457); Frederick J. Francis, for appellant (at 1457) and appellee (at 1390).

Before WIEAND, TAMILIA and POPOVICH, JJ.

Judgment affirmed.